283 So.2d 437

**In re C. R. PATTERSON**

v.

**PAGE AIRCRAFT MAINTENANCE, INC.,**
**a corp.**

**Ex parte C. R. Patterson.**

**SC 472.**

Supreme Court of Alabama.

Sept. 20, 1973.

Howard C. Oliver and C. Lanier Branch, Montgomery, for petitioner.

No brief for respondent.

JONES, Justice.

Petition of C. R. Patterson for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Patterson v. Page Aircraft Maintenance, Inc., a Corp., 51 Ala.App. 122, 283 So.2d 433.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.

278 So.2d 200

**In re James E. DUNAWAY**

v.

**STATE.**

**Ex parte James E. Dunaway**

**SC 330.**

Supreme Court of Alabama.

May 10, 1973.

William B. McCollough, Jr., Birmingham, for petitioner.

No brief for the State.

MADDOX, Justice.

Petition of James E. Dunaway for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Dunaway v. State, 50 Ala.App. 198, 278 So.2d 198.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.

286 So.2d 313

**In re Herbert Mose EDWARDS**

v.

**STATE.**

**Ex parte Herbert Mose Edwards.**

**SC 615.**

Supreme Court of Alabama.

Nov. 29, 1973.

David L. Barnett, Mobile, for petitioner.

No brief for the state.

MERRILL, Justice.

Petition of Herbert Mose Edwards for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Edwards v. State, 51 Ala.App. ——, 286 So.2d 308.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.